# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2285

_____

Jet Midwest International Co., Ltd

*Plaintiff   Appellee*

v.

Jet Midwest Group, LLC; Paul Kraus; Karen Kraus

*Defendant*s

F. Paul Ohadi, in his capacity as trustee and legal representative of the F. Paul
Ohadi Trust dated December 15, 1999 and in his individual capacity; F. Paul
Ohadi Trust, dated December 15, 1999; Kenneth M. Woolley

*Defendants   Appellants*

Jet Midwest Inc.

*Defendant*

KMW Business Jets, LLC; Alta Airlines Holdings, LLC

*Defendants   Appellants*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: January 11, 2022
Filed: March 15, 2023
[Unpublished]
_____

Before SMITH, Chief Judge, COLLOTON and ERICKSON, Circuit Judges.
_____

PER CURIAM.

F. Paul Ohadi, as Trustee of F. Paul Ohadi Trust dated December 15, 1999, and in his individual capacity; Kenneth M. Woolley; KMW Business Jets, LLC; and Alta Airlines Holdings, LLC appeal the district court's[1] entry of judgment in favor of Jet Midwest International Co., Ltd on its fraudulent transfer claim, following a bench trial. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Muhammad v. Mayfield*, 933 F.3d 993, 1000 (8th Cir. 2019) (reviewing factual findings for clear error and legal conclusions de novo for appeal from bench trial). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.